UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81589-RAR

**RUTH LORQUET**,

    Petitioner,

v.

**EMMANUEL SANON**,

    Respondent.

_____/

## CONSENT ORDER

**THIS CAUSE** is before the Court by agreement of the parties on Petitioner's Verified Complaint and Petition Under Hague Convention for Return of the Children to Plaintiff/Petitioner [ECF No. 1], filed on October 4, 2022. Having carefully reviewed the record, the agreement of the parties as presented by counsel in open court on October 25, 2022, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Verified Complaint and Petition Under Hague Convention for Return of the Children to Plaintiff/Petitioner [ECF No. 1] is **GRANTED** by agreement of the parties.

2. The minor child, N.E.S. (born May 26, 2008), shall be returned to Petitioner, in Canada.

3. Respondent agrees to purchase airline tickets for himself and the minor child, N.E.S., to return the minor child to Canada. Respondent, the minor child's father, shall share this information and the details of the travel itinerary with Petitioner and the Court as soon as practicable upon purchase of the airline tickets (and in no circumstances to exceed 24 hours after purchase).

4. The passport of the minor child is being held by the U.S. Marshal pursuant to this Court's order. The passport shall be released to the Respondent 24 hours prior to the return flight

to Canada. Respondent shall coordinate release of the passport with the U.S. Marshal's Office in Fort Lauderdale.

5. Respondent shall not remove the minor child from the jurisdiction of the Southern District of Florida until the date of departure of the Respondent and minor child as set forth herein.

6. Each party shall bear his or her own attorney's fees and costs incurred in this proceeding, and the Respondent waives any and all claims against Petitioner pursuant to the Hague Convention and/or ICARA for necessary expenses and attorney's fees.

7. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention. Nothing in this Order shall act to abrogate or modify the parties' Canadian Divorce Agreement concerning Petitioner's custody and the provisions set forth therein.

8. If Respondent intentionally fails to comply with the Court's Orders as detailed herein, Respondent shall be subject to contempt proceedings before this Court.

9. Upon return of the minor child to Petitioner, Petitioner shall dismiss this action with prejudice.

10. This action is administratively **CLOSED *without prejudice*** to the parties to file the appropriate dismissal documents with this Court within **three (3) days** of the return of the minor child.

11. The Clerk shall **CLOSE** this case for administrative purposes only.

12. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of October, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**