UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CV-81589-RAR

RUTH LORQUET

    Plaintiff/Petitioner,

v.

EMMANUEL SANON

    Defendant/Respondent.

_____/

## JOINT NOTICE OF COMPLIANCE

Undersigned counsel was informed by his client on Monday, February 20, 2023, that she was able to pick up her son at the airport in Canada. This concludes this matter.

Respectfully submitted,

s/ Michael B. Cohen

Attorney for Petitioner
Michael B. Cohen, Esq.
Florida Bar No. 210196
6400 North Andrews Ave., Ste. 505
Fort Lauderdale, Florida 33309
Phone: (954) 928-0059

Attorney for Respondent
Don D.G. James, Esq.
Florida Bar No. 140661
2655 Lejeune Road, suite 516
Coral Gables, Florida 33134
Phone: (305) 441-6666