UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81589-RAR

**RUTH LORQUET**,

    Petitioner,

v.

**EMMANUEL SANON**,

    Respondent.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Compliance, [ECF No. 32] ("Notice"), filed on February 21, 2023. The Notice states that the minor child has been returned to Petitioner in Canada, which "concludes this matter." Notice at 1. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 21st day of February, 2023.

                                                  **RODOLFO A. RUIZ II**
                                                  UNITED STATES DISTRICT JUDGE